NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAROL V. MAY,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

**and**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Intervenor.*

---

2010-3085

---

Petition for review of the Merit Systems Protection Board in case no. PH0752080505-I-1.

---

**ON MOTION**

---

**ORDER**

Carol V. May moves without opposition (1) for leave to file her reply brief and the joint appendix out of time and (2) for reconsideration of the court's October 29, 2010 order dismissing her petition for review for failure to file the joint appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The mandate is recalled, the dismissal order is vacated, and the petition for review is reinstated.

FOR THE COURT

<u>NOV 3 0 2010</u>
Date

<u>/s/ Jan Horbaly</u>
Jan Horbaly
Clerk

cc: Dennis L. Friedman, Esq.
    Jane W. Vanneman, Esq.
    Jeffrey A. Gauger, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 3 0 2010

JAN HORBALY
CLERK